IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY SCOTT BEASLEY, #386715**                                          **PLAINTIFF**

v.                                                         **CAUSE NO. 1:16CV26-LG-RHW**

**LORI A. EHLERS**                                                          **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby dismissed. The 42 U.S.C. § 1983 claim is dismissed with prejudice for failure to state a claim. The state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE